**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HORACIO TREVINO and SHERRIE RAY-TREVINO, individually and as next friends of S.T.** **PLAINTIFFS**

**v.** **No. 4:26-cv-54-DPM**

**EVEREST INDEMNITY INSURANCE COMPANY** **DEFENDANT**

# ORDER

**1.** Everest's motion to compel, *Doc. 20*, is denied without prejudice. Please follow the procedure for discovery disputes outlined in the Final Scheduling Order, *Doc. 14 at 3*.

**2.** The Trevinos' motion to compel non-party Sedgwick's compliance with a subpoena, *Doc. 21*, is also denied without prejudice. Sedgwick's obligation to respond further to the subpoena is stayed pending further Order from the Court. The Court directs the Trevinos to send Sedgwick a copy of the Final Scheduling Order and highlight the joint report process. The Court directs the Trevinos and Sedgwick to file a Joint Report of Discovery Dispute by 28 October 2026.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 October 2026